**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROSE I. SOTO,

                Plaintiff,                          24 **CIVIL** 0846 (GRJ)

     -v-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 13, 2024, the Stipulation is approved. This case is REVERSED and REMANDED to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings to include the opportunity for a hearing and a new decision.

**Dated:**  New York, New York

      September 13, 2024

                                                        **DANIEL ORTIZ**
                                                  **Acting Clerk of Court**

                          **BY:**

                                                          **Deputy Clerk**